IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STACY MCGUFFIN                                                                                    PLAINTIFF

vs.                                      Case No. 4:06-cv-4032

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                          DEFENDANT

## JUDGMENT

Comes now the Court on this the 11th day of April, 2007, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

                                                                        /s/Barry A. Bryant
                                                              Honorable Barry A. Bryant
                                                              United States Magistrate Judge